```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamar Brown,

                          Plaintiff,

         -against-

Reptiles Lounge, LLC,

                          Defendant.

1:23-cv-03654 (PAE) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via telephone for a conference in the above-captioned matter on Thursday, June 29, 2023, at 11:30 a.m. EST, to address the status of the action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

If Defendant has not appeared as of that date, Plaintiff is still required to appear for the telephone conference. In addition, if Defendant has been in communication with Plaintiff's counsel, Plaintiff's counsel shall advise Defendant of the scheduling of the conference.

**SO ORDERED.**

Dated: New York, New York
         June 15, 2023

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge