UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lamar Brown,<br><br>    Plaintiff,<br><br>    -against-<br><br>Reptiles Lounge, LLC,<br><br>    Defendant. | 1:23-cv-03654 (PAE) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with Plaintiff's counsel only, for the reasons stated on the record, it is hereby ORDERED that, no later than Thursday, July 13, 2023, Plaintiff shall seek a certificate of default.

**SO ORDERED.**

Dated: New York, New York
       June 29, 2023

_____
STEWART D. AARON
United States Magistrate Judge