UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR BROWN,

                              Plaintiff,

            -v-

REPTILES LOUNGE, LLC,

                             Defendant.

23 Civ. 3654 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 13, 2023, after the defendant in this action failed to appear, plaintiff sought a certificate of default against the defendant. Dkt. 11. On the same day, the Clerk issued the certificate of default. Dkt. 13. On August 17, 2023, this Court issued an order directing the plaintiff to show cause by August 31, 2023 why the above-captioned case should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. Dkt. 14. August 31, 2023 has now come and passed without any action by plaintiff.

Accordingly, the Court will dismiss this case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. The dismissal is without prejudice. The Clerk of Court is respectfully directed to close the above-captioned case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 12, 2023
       New York, New York